UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

RANDALL MCCOY, et al.,     )
     )
    Plaintiffs,     )     Civil Action No. 08-112
     )
v.     )
     )     **AMENDED JUDGMENT**
JARED ALFREY,     )
     )
    Defendant.     )
     )

*** *** *** ***

In accordance with the jury's verdict and the memorandum opinion and order entered contemporaneously with this amended judgment, it is **ORDERED** that:

(1)    The plaintiff, Randall McCoy, shall recover from the defendant, Jared Alfrey, $20,000.00 in compensatory damages.  McCoy shall also recover prejudgment interest on this amount calculated at a rate of eight percent per annum for the period from July 3, 2007, to August 3, 2010.

(2)    McCoy shall recover from Alfrey $250,000.00 in punitive damages.

(3)    The plaintiff, Benita Damron, shall recover from Alfrey $25,000.00 in punitive damages.

(4)   Alfrey shall pay McCoy and Damron postjudgment interest on the entire amount

due at the rate of 0.30%, compounded annually, along with costs.  *See* 28 U.S.C.

§ 1961.  The postjudgment interest shall accrue from the date of the Court's first

judgment, August 3, 2010.  R. 95.

This the 28th day of October, 2010.



**Signed By:**

***Amul R. Thapar***

**United States District Judge**

2